# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HELEN RIVERA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF AVELINA CAMARGO, DECEASED; AND HELEN RIVERA, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF AVELINA CAMARGO,<br><br>Appellants,<br>vs.<br>NELSON GRANDA, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF AVELINA CAMARGO,<br>Respondent. | No. 84939<br><br>**FILED**<br><br>SEP 1 3 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _S. Young_<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

On August 22, 2022, this court entered an order directing appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellants have now filed a motion for a voluntary dismissal of this appeal. The motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:   Hon. Nadia Krall, District Judge
      Persi J. Mishel, Settlement Judge
      Goodman Law Group
      Palazzo Law Firm
      Richard Harris Law Firm
      Eighth District Court Clerk

22-28564